# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| **THOMAS V. RYBURN**, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 17 C 1757 |
| | ) | |
| **TARRY WILLIAMS**, et al, | ) | |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM ORDER

This Court's March 9, 2017 memorandum opinion and order (the "Opinion"), coupled with an Appendix that (1) summarized the prior litigation history of pro se prisoner plaintiff Thomas Ryburn ("Ryburn") and (2) reported that he had previously accumulated more than the three "strikes" that brought 28 U.S.C. § 1915(g) into play, granted Ryburn the opportunity to pay the filing fee for this most recent lawsuit in full on or before March 29, failing which he faced the dismissal of this action. But the current printout of the docket in this action reflects that instead of paying any heed to that shot fired across his litigation bow, Ryburn simply filed the attached nonresponsive letter -- dated March 23 and received in the Clerk's Office on March 27 -- coupled with several pages of documents that did not speak to the subject of the required fee at all. Accordingly, as forecast in the final paragraph of the Opinion, this action is indeed dismissed for want of prosecution.

_____
Milton I. Shadur
Date: March 30, 2017Senior United States District Judge

March 23rd, 2017.

To: Hon. Judge, Milton I. Shadur,
Re: Ryburn v. Williams, et al., No. 17 CV 1757.
Ch. re: Prison Mail Box Rule.

**FILED**
N'F
MAR 27 2017
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Dear Judge Shadur,
 Your Prisoner Correspondence Office, refused to follow the "prison mail box rule",
 on March 1st, I mailed 2 packages and 1 envelope, see attached exhibits.
 As you can see, the letter of explaination of why I had to mail my Certificate of mailing too the Clerk, the Certificate of mailing and my envelope with the date on back of envelope, all of these documents have the March 1st, 2017 date on them!

 It's not my fault nor do I have control over where U.S. mail is sent or recieved Sir, and do not wish to be acused of not having a Certificate of mailing for my Sec. 1983 stamped Recieved on March 3rd of 2017.

 I'm asking your intervention, it's the "Law" and is "Beyond My Control" once U.S. mail leaves my "cell house Bars"!

Respectfully,
Wm. Ryburn
Thomas V. Ryburn, No. B60455
P.O. Box 112, Joliet, Illinois. 60434-0112

ATTACHMENT

Dear Clerk, March 1st of 2017.

Please forgive me Clerk, my Certificate of Mailing fell on the floor and I thought I put it in package 2. of 2. with a letter too You on medical records when I sealed my Envelopes

So please put this with my Sec. 1983 which I attached too Your letter,
I hope this is not too much to ask,
I do have great appreciation for Your kindness and understanding, it was an honest mistake! Thanks,

Sincerely,
Mr. Ryburn
Thomas V. Ryburn, No. B60455
Sta. Corr. Ctr., P.O. Box 112
Joliet, Illinois. 60434-0112

U.S. District Court, Northern District of Illinois, E.D.
Certificate of Mailing

Re: Thomas V. Ryburn v. Tarry Williams, Salim Orbaisi, Boswell Pharmacy, Jennson Pharmaceuticals, Inc., Known or Unknown Defendants,
No. _____

Please take Notice that on March 1st of 2017, I, Thomas V. Ryburn, placed in the U.S. mail at the Stateville Corr. Ctr., 1 Original Sec. 1983 with 3 copies, 1 Appointment of Counsel with 3 copies and 1 In forma Pauperis with 3 copies to the person below,

To: Clerk, U.S. District Court
U.S.D.C., Northern District of Illinois, E.D.
219 S. Dearborn Street, 20th Floor
Chicago, Illinois. 60604

I swear under penalty of perjury the statement above is true and correct,

Sincerely,
Thomas V. Ryburn
Thomas V. Ryburn, No. B60455
Sta. Corr. Ctr., P.O. Box 112
Joliet, Illinois. 60434-0112